# United States Bankruptcy Court
## Southern District of Florida

In re   **PJB Management, Inc.**                                      ,   Case No. __12-39130__
                                   Debtor
                                                                          Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alfred Coco**<br>6591 S. Military Trail<br>Lake Worth, FL 33463 | Common | 1250 | |
| **Angela Roy**<br>108 Sandpine Way<br>West Palm Beach, FL 33411 | Common | 1000 | |
| **Anna Coco-Papa**<br>6591 S. Military Trail<br>Lake Worth, FL 33463 | Common | 1000 | |
| **Pauline Coco**<br>6591 S. Military Trail<br>Lake Worth, FL 33463 | Common | 1750 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 27, 2012**                          Signature  **/s/ Anna Coco-Papa**
                                                                **Anna Coco-Papa**
                                                                **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__  continuation sheets attached to List of Equity Security Holders